# EXHIBIT A

6/1/2020 5:07 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 43385851
By: Lewis John-Miller
Filed: 6/1/2020 5:07 PM

CAUSE NO. 202027209

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 868199
TRACKING #: 73752124 EML

Plaintiff: FLORES, JESSE

vs.

Defendant: CHAVARIN, GILDARDO

In The 011th
Judicial District Court of
Harris County, Texas

Houston, Texas

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

To:   **SILVERLINE TRANSPORTATION LLC BY SERVING ITS AGENT AMRIT SINGH**
34054 LILY ROAD
YUCAIPA CA 92399

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on 5/20/2020, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on May 21, 2020, under my hand and seal of said court.

Issued at the request of:
Thurlow, Thomas N.
4900 WOODWAY DR. SUITE 1040
HOUSTON, TX  77056
713-224-6774

Bar Number: 20003000

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: ADILIANI SOLIS

SERVICE RETURN ATTACHED

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX  78701

Tracking Number: 73752124 EML

**CAUSE NUMBER: 202027209**

| | |
|---|---|
| PLAINTIFF: FLORES, JESSE | In the 011th |
| vs. | Judicial District Court of |
| DEFENDANT: CHAVARIN, GILDARDO | Harris County, Texas |

## OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. On the _____ day of _____, 20_____.
Executed at

(Address)_____
_____ in _____ County at o'clock ___. M. On the _____ day of
_____, 20 _____, by

Delivering to _____ defendant, in person, a true copy of this
Citation together with the accompanying _____ copy (ies) of the _____. Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____,
20__.

SERVICE RETURN ATTACHED

**ATX Process, LLC**
604 West 9th Street
Suite B
Austin, TX 78701

Fees $_____

_____     By_____
            Affiant                                                       Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that
this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20___.

_____
Notary Public

## AFFIDAVIT OF SERVICE

**State of Texas**  **County of Harris**  **11th Judicial District Court**

Case Number: 202027209

Plaintiff:
**Jesse Flores**
vs.
Defendant:
**Gildardo Chavarin and Silverline Transportation, LLC**

For: Thomas N. Thurlow & Associates, PC

Received by ATX Process, LLC on the 22nd day of May, 2020 at 11:25 am to be served on **Silverline Transportation LLC by serving its Agent Amrit Singh, 34054 Lily Rd., Yucaipa, San Bernardino County, CA 92399.** I, JOHN REYES, being duly sworn, depose and say that on the __27th__ day of __MAY__, 20 _20_ at _10_ : _10_ a.m., executed service by delivering a true copy of the **Citation, Plaintiff's Original Petition and Request for Disclosure, Plaintiff's Request for Production to Silverline Transportation Inc., Plaintiff's Request for Admissions to Silverline Transportation Inc., and Plaintiff's Interrogatories to Defendant, Silverline Transportation Inc.** in accordance with state statutes in the manner marked below:

(x) CORPORATE SERVICE: By serving __AMRIT SINGH__ (individual accepting) as __AGENT FOR SERVICE__ (title), at __302 S. Milliken Avenue__ (street), __Ontario__ (city), __California__ (state) __91761__ (zip code) __SAN BERNARDINO__ (county).

( ) PUBLIC AGENCY: By serving _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By serving _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) GOVERNMENT AGENCY: By serving _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:** __Description: Indian male, 5'8, 170 lbs, 55-60 yrs old, Grey Beard__

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

My name is __JOHN__ (First) _____
(Middle) __REYES__ (Last), my date of birth is __June 8, 1952__, and my address is __13071 CALIFORNIA STREET__ (Street), __YUCAIPA__ (City) __CA__ (State) __92399__ (Zip Code) __USA__ (Country). I declare under penalty of perjury that the foregoing is true and correct. Executed in __SAN BERNARDINO__ County, State of __CALIFORNIA__, on the __27th__ day of __MAY__ (Month), __2020__ (Year).

PROCESS SERVER # __LA-6013__
Appointed in accordance with State Statutes

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: 2020005189

11/25/2020 4:05 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 48437094
By: Lewis John-Miller
Filed: 11/25/2020 4:05 PM

CAUSE NO. 202027209

EML

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 853454
TRACKING #: 73747765

Plaintiff: FLORES, JESSE

vs.

Defendant: CHAVARIN, GILDARDO

In The 011th
Judicial District Court of
Harris County, Texas

Houston, Texas

## CITATION – NON RESIDENT

**THE STATE OF TEXAS**
**County of Harris**

To:   **CHAVARIN, GILDARDO**
2820 N 50TH LN
PHOENIX AZ 85035
OR WHEREVER HE MAY BE FOUND

Attached is a copy of: PLAINTIFFS ORIGINAL PETITION AND REQUEST FOR DISCLOSURE PLAINTIFFS INTERROGATORIES TO DEFENDANT PLAINTIFFS REQUEST FOR ADMISSION TO DEFENDANT PLAINTIFFS REQUEST FOR PRODUCTION TO DEFENDANT

This instrument was filed on 5/1/2020 12:00:00 AM, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on May 5, 2020, under my hand and seal of said court.

Issued at the request of:
Thurlow, Thomas N.
4900 WOODWAY DR. SUITE 1040
HOUSTON, TX 77056
713-224-6774

Bar Number: 20003000

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: COURTNI GILBERT

SERVICE RETURN ATTACHED

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

Tracking Number: 73747765

CAUSE NUMBER: 202027209

EML

| | |
|---|---|
| PLAINTIFF: FLORES, JESSE | In the 011th |
| vs. | Judicial District Court of |
| DEFENDANT: CHAVARIN, GILDARDO | Harris County, Texas |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. On the _____ day of _____, 20_____. Executed at

(Address)_____
_____ in _____ County at o'clock ___. M. On the _____ day of _____, 20 _____, by

Delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the _____. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20__.

Fees $_____

_____                    By_____
          Affiant                                                                         Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

*SERVICE RETURN ATTACHED*

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20___.

                                                              ATX Process, LLC
                                                              604 West 9th Street
                                                              Suite B
                                                    _____Austin, TX 78701_____
                                                                  Notary Public

# AFFIDAVIT OF SERVICE

**State of Texas**  **County of Harris**  **11th Judicial District Court**

Case Number: 202027209

Plaintiff:
**Jesse Flores**
vs.
Defendant:
**Gildardo Chavarin and Silverline Transportation, LLC**

For: Thomas N. Thurlow & Associates, PC

Received by ATX Process, LLC on the 7th day of May, 2020 at 9:59 am to be served on **Gildardo Chavarin, 2820 N 50th Ln., Phoenix, Maricopa County, AZ 85035**, I, **Matthew Basham**, being duly sworn, depose and say that on the **3rd** day of **October**, 20**20** at **1:54** p.m., executed service by delivering a true copy of the **Citation, Plaintiff's Original Petition and Request for Disclosure, Plaintiff's Interrogatories to Defendant, Plaintiff's Request for Admission to Defendant, and Plaintiff's Request for Production to Defendant** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By serving _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

(✓) POSTED SERVICE: After attempting service to the FRONT DOOR OR FRONT GATE (circle one) on the property described at **Maricopa** (county) (street) **2820 N. 50th Lane** (city) **Phx** (state) **AZ** (zip code) **85035**

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the **5th** day of **October**, **2020** by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CRUZSANDRA MARTINEZ
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
August 18, 2021

PROCESS SERVER # **8493**
Appointed in accordance with State Statutes

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: 2020004762



# AFFIDAVIT OF SERVICE

| State of Texas | County of Harris | 11th Judicial District Court |
|---|---|---|

Case Number: 202027209

Plaintiff:
**Jesse Flores**

vs.

Defendant:
**Gildardo Chavarin and Silverline Transportation, LLC**

For:
Thomas N. Thurlow & Associates, PC
4900 Woodway Drive
Ste. 1040
Houston, TX 77056

Received by ATX Process, LLC on the 7th day of May, 2020 at 9:59 am to be served on **Gildardo Chavarin, 2820 N 50th Ln., Phoenix, Maricopa County, AZ 85035**.

I, Nicole M. Wade, being duly sworn, depose and say that on the **2nd day of October, 2020** at **5:00 pm, I:**

**SERVICE BY CERTIFIED MAIL** by mailing a true copy of the **Citation, Plaintiff's Original Petition and Request for Disclosure, Plaintiff's Interrogatories to Defendant, Plaintiff's Request for Admission to Defendant, and Plaintiff's Request for Production to Defendant with Order Granting Motion for Substituted Service of Process** with the date of mailing endorsed thereon by me, to **Gildardo Chavarin** at the address of: **2820 N 50th Ln., Phoenix, Maricopa County, AZ 85035**.

**Additional Information pertaining to this Service:**
10/2/2020 Per Order, sent via CMRRR 7019 2280 0002 0874 5081
11/25/2020 Tracking History:

Reminder to Schedule Redelivery of your item
This is a reminder to arrange for redelivery of your item or your item will be returned to sender.
October 7, 2020, 4:24 pm
Notice Left (No Authorized Recipient Available)
PHOENIX, AZ 85035

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 25th day of November, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

LIZETTE WILLIAMS
Notary ID #132301052
My Commission Expires
January 6, 2024

_____
Nicole M. Wade
PSC-9631, Exp. 4/30/2022

11/25/2020
Date

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2020004762

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Gildardo Chavarin
    2820 N. 50th Ln
    Phoenix, AZ  85035
    Our Job No 4762

    9590 9402 5687 9346 3438 08

2. Article Number (Transfer from service label)

    7019 2280 0002 0874 5081

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                ☐ Agent
                                    ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

Gildardo Chavarin
2820 N. 50th Ln
Phoenix, AZ 85035



CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage  $
Total Postage and Fees  $

Sent To  Gildardo Chavarin
Street and Apt. No.  2820 N. 50th Ln
City, State, ZIP+4  Phoenix, AZ 85035
Our Job No 4762

7019 2280 0002 0874 5081

PS Form 3800, April   Reverse for Instruction

# Case Number: 202064080

7019 2280 0002 0874 5081

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Phoenix, AZ 85035

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $2.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $?.00 |
| ☐ Return Receipt (electronic) $ | $?.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $2.00 |
| Total Postage and Fees $ | $13.85 |

0130
13

Postmark Here

AUSTIN DOWNTOWN 78701 OCT - 2 2020

10/02/2020

Sent To: Gildardo Chavarin
Street and Apt. No.: 2820 N. 50th Ln
City, State, ZIP+4®: Phoenix, AZ 85035
Our Job No 4762

PS Form 3800, Ap… Reverse for Instructions



# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Harris** | **11th Judicial District Court** |

Case Number: 202027209

Plaintiff:
**Jesse Flores**

vs.

Defendant:
**Gildardo Chavarin and Silverline Transportation, LLC**

For:
Thomas N. Thurlow & Associates, PC
4900 Woodway Drive
Ste. 1040
Houston, TX 77056

Received by ATX Process, LLC on the 7th day of May, 2020 at 9:59 am to be served on **Gildardo Chavarin, 2820 N 50th Ln., Phoenix, Maricopa County, AZ 85035**.

I, Nicole M. Wade, being duly sworn, depose and say that on the **2nd day of October, 2020** at **5:00 pm**, I:

**SERVICE BY USPS FIRST CLASS MAIL** by mailing a true copy of the **Citation, Plaintiff's Original Petition and Request for Disclosure, Plaintiff's Interrogatories to Defendant, Plaintiff's Request for Admission to Defendant, and Plaintiff's Request for Production to Defendant with Order Granting Motion for Substituted Service of Process** with the date of mailing endorsed thereon by me, to: **Gildardo Chavarin** at the address of: **2820 N 50th Ln., Phoenix, Maricopa County, AZ 85035**.

**Additional Information pertaining to this Service:**
10/2/2020  Per Order, sent via USPS First Class Mail

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred.  The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 25th day of November, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

LIZETTE WILLIAMS
Notary ID #132301052
My Commission Expires
January 6, 2024

_____
Nicole M. Wade
PSC-9631, Exp. 4/30/2022

11/25/2020
Date

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2020004762

ATX Process LLC
604 West 9th Street
Suite B
Austin, TX 78701

  
 

Gildardo Chavarin
2820 N. 50th Ln
Phoenix, AZ  85035

# Case Number: 202064080

```
U.S. POSTAL SERVICE          CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER
```

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

Received From:

ATX Process, LLC
604 West 9th Street
Ste. B
Austin, TX 78701

One piece of ordinary mail addressed to:

Gildardo Chavarin
2820 N. 50th Ln
Phoenix, AZ 85035

[Postmark: AUSTIN DOWNTOWN, 78701, OCT -2 2020]

PS Form 3817, Mar. 1989